IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


NICHOLAS BARBATI,
D.O.C. # D43304,

      Plaintiff,

v.                                        4:23cv342–WS/MAF

RICKY DIXON,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 31) docketed January 29, 2024. The magistrate judge recommends that Plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). Plaintiff has responded to the amended report and recommendation with a number of filings (ECF Nos. 32–34, 36), none of which casts doubt on the merits of the magistrate judge's recommendation.

Having reviewed the record in light of Plaintiff's response to the amended report and recommendation, the undersigned finds—as did the magistrate judge—that Plaintiff is barred under § 1915(g) from proceeding in forma pauperis

in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 31) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE to Plaintiff's initiating a new cause of action accompanied by the required filing fee.

3. The court's order (ECF No. 7) granting Plaintiff leave to proceed in forma pauperis is VACATED.

4. All pending motions are DENIED as moot.

5. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

6. The clerk shall close the case.

7. The clerk shall note on the docket that this cause was dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g).

DONE AND ORDERED this ____22nd____ day of ____March____, 2024.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE